UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TMP DIRECTIONAL MARKETING, LLC,

       Plaintiff,

      v.

ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC. d/b/a AMS MOVING & STORAGE, INC., et al.,

       Defendants.

_____/

No. C 09-1334 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss, which was previously set for July 15, 2009, at 9:00 a.m., has been CONTINUED to August 5, 2009 at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, where it will be heard in conjunction with plaintiff's motion to conduct jurisdictional discovery.  Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated:  June 30, 2009

_____

PHYLLIS J. HAMILTON
United States District Judge