| | |
|---|---|
| 1 | Alex Darcy, Esq. CSBA#189315 |
| | Askounis & Darcy, PC |
| 2 | 401 N. Michigan Avenue |
| | Suite 550 |
| 3 | Chicago, IL 60611 |
| 4 | (312) 784-2400 (Telephone) |
| | (312) 784-2410 (Facsimile) |
| 5 | adarcy@askounisdarcy.com |
| 6 | |
| | Attorney for Plaintiff |
| 7 | TMP DIRECTIONAL MARKETING, LLC |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TMP DIRECTIONAL MARKETING, LLC | ) | Case No. 3:09-CV-1334-PJH |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ **ORDER** |
| | ) | **REGARDING STIPULATION** |
| | ) | **REQUEST FOR ORDER** |
| | ) | **CHANGING HEARING DATES** |
| v. | ) | |
| | ) | |
| ALL MY SONS MOVING & STORAGE OF | ) | |
| SACRAMENTO, INC. d/b/a AMS MOVING & | ) | |
| STORAGE, INC., AMS MOVING & | ) | |
| STORAGE, INC. and ALL MY SONS | ) | |
| BUSINESS DEVELOPMENT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### ~~PROPOSED~~ ORDER REGARDING STIPULATION REQUEST FOR ORDER CHANGING HEARING DATES

PROPOSED ORDER REGARDING STIPULATION REQUEST FOR ORDER CHANGING
HEARING DATES – 3:09-CV-1334-PJH
- 1 -

PURSUANT TO STIPULATION, IT IS SO ORDERED:

ALL MY SONS BUSINESS DEVELOPMENT CORPORATION's Motion to Dismiss and TMP DIRECTIONAL MARKETING, LLC's Motion to Conduct Jurisdictional Discovery and Motion to Strike Portion of Declaration are hereby set for hearing on August 12, 2009 at 9:00 AM.  The hearing dates of July 15, 2009 and August 5, 2009 are hereby stricken.  The Case Management Conference date of August 6, 2009 is hereby stricken.

Date: 7/1/09



PROPOSED ORDER REGARDING STIPULATION REQUEST FOR ORDER CHANGING
HEARING DATES – 3:09-CV-1334-PJH
- 2 -