UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TMP DIRECTIONAL MARKETING, LLC,

       Plaintiff(s),

     v.

ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC., et al.,

       Defendant(s).
_____/

No. C 09-1334 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Before the court is a motion by plaintiff to schedule a case management conference to address its claims against the remaining parties. The motion, although unnecessary, is GRANTED. The April 21, 2010 date for hearing of the motion is VACATED. A Further Case Management Conference shall be held on April 15, 2010 , at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

    The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10. The parties shall file a joint case management statement no later than ten (10) days before the date of the conference. If any party is proceeding without counsel, separate statements may be filed by each party.

    **SO ORDERED.**

Dated: March 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge