UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TMP DIRECTIONAL MARKETING, LLC,

    Plaintiff,

    v.

ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC. d/b/a AMS MOVING & STORAGE, INC., et al.,

    Defendants.
_____/

No. C 09-1334 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiff's Motion to Compel Disclosure and Discovery and for Sanctions, and for all further discovery. Any date for hearing noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

IT IS SO ORDERED.

Dated: November 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Sue, Assigned M/J, counsel of record