UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TMP DIRECTIONAL MARKETING, LLC,

    Plaintiff(s),

    v.

ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC., et al.,

    Defendant(s).
_____/

No. C 09-1334 PJH

**ORDER GRANTING MOTION TO WITHDRAW AND SCHEDULING CASE MANAGEMENT CONFERENCE**

    Having found good cause for defendants' counsel's withdrawal as counsel of record, the court hereby GRANTS the motion. However, because the request to withdraw was not accompanied by a simultaneous appearance of substitute counsel and because as corporations, defendants may not appear pro se in federal court, the withdrawal is conditioned upon counsel's continued receipt and forwarding of papers pertinent to this litigation to his former clients. *See Civil Local Rule 11-5*. Counsel shall file a proof of service (which need not be formal) of any papers served on his former client. This condition will terminate upon appearance of substitute counsel or entry of defendants' default, whichever occurs first.

    Defendants shall be afforded thirty (30) days to find new counsel. A case management conference is scheduled for February 17, 2011, at 2:00 p.m. Defendants shall appear by counsel or risk the imposition of sanctions including entry of default for non-appearance.

    **IT IS SO ORDERED.**

Dated: January 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge