Alex Darcy, Esq. (CSBA# 189315)
Askounis & Darcy, PC
401 N. Michigan Avenue
Suite 550
Chicago, IL 60611
(312) 784-2400 (Telephone)
(312) 784-2410 (Facsimile)
adarcy@askounisdarcy.com

Attorney for Plaintiff
TMP DIRECTIONAL MARKETING, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TMP DIRECTIONAL MARKETING, LLC | ) | Case No. 4:09-CV-1334-PJH |
| | ) | |
| Plaintiff, | ) | **TMP'S CASE MANAGEMENT STATEMENT**   AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Judge: Phyllis J. Hamilton |
| ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC. d/b/a AMS MOVING & STORAGE, INC., AMS MOVING & STORAGE, INC. and ALL MY SONS BUSINESS DEVELOPMENT CORPORATION, | ) ) ) ) ) ) | Courtroom: 3 Date: April 7, 2011 Time: 2:00 p.m. |
| Defendants. | ) | |

## TMP'S CASE MANAGEMENT STATEMENT

Plaintiff TMP DIRECTIONAL MARKETING, LLC ("TMP") hereby submits the following Case Management Statement.

1. **Jurisdiction and Service**: The Court has subject matter jurisdiction over TMP's claims pursuant to 28 U.S.C. §1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. All

My Sons Moving & Storage of Sacramento, Inc. d/b/a AMS Moving & Storage, Inc. ("AMS Sacramento") previously filed an answer, but is no longer represented by counsel. No issues exist with regard to the Court's exercise of personal jurisdiction over AMS Sacramento or venue, and no parties remain to be served. On August 12, 2009, the Court granted Defendant ALL MY SONS BUSINESS DEVELOPMENT CORPORATION's ("BD Corp.") Motion to Dismiss, finding that the Court did not have personal jurisdiction over BD Corp. BD Corp. was subsequently dismissed from the lawsuit on August 18, 2009.

2. **Facts**

i. On October 13, 2009, default judgment was entered against Defendant AMS MOVING & STORAGE, INC. ("AMS").

ii. AMS Sacramento is now in default by virtue of it no longer being represented by counsel.

iii. On February 17, 2011, pursuant to Fed. R. Civ. P. 37(b)(2)(A), this Court entered a default against AMS Sacramento for its failure to obey the Court's discovery order dated January 4, 2011.

iv. On February 22, 2011, notice of the Entry of Default and Order on Motion for Sanctions was e-mailed to AMS Sacramento. See Docket Nos. 85-87. **All defendants are now either dismissed, had judgment entered against them, or are in default.**

v.  Simultaneous with the filing of this Case Management Statement, TMP intends to file a Motion for Entry of Default Judgment against AMS Sacramento pursuant to this Court's Order and the Notice of Entry.

3. **Legal Issues**: Whether AMS Sacramento should have a default judgment entered against it for $193,485.45.

4. **Motions**:  This Court entered a default against AMS Sacramento.

5. **Amendments of Pleadings**:  None

6. **Evidence Preservation**:  N/A

7. **Disclosures**:  TMP has made its disclosures.

8. **Discovery**:  No outstanding discovery.

   i.  **Proposed Discovery Plan**: N/A

9. **Relief**:  TMP seeks damages in the amount of $193,485.45 against AMS Sacramento.

10. **Settlement and ADR**:  N/A

11. **Consent to Magistrate Judge for All Purposes**: TMP will not consent to the jurisdiction of a magistrate judge.

12. **Other References**:   The case is not suitable for reference to binding arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

13. **Narrowing of Issues**: N/A

14. **Expedited Schedule**: N/A

15. **Scheduling**:   The Court should take the Case Management Conference off the calendar and set a deadline of April 7, 2011 for the filing of a Motion for Default Judgment.

16. **Other Matters**:  None.

                                        TMP DIRECTIONAL MARKETING, LLC,

Date:   March 31, 2011                By:    s/ Alex Darcy_____
                                                          Alex Darcy, Esq. (CSBA# 189315)
                                                          ASKOUNIS & DARCY, P.C.
                                                          401 N. Michigan Ave., Suite 550
                                                          Chicago, IL 60611
                                                          (312) 784-2400 (Telephone)
                                                          (312) 784-2410 (Facsimile)
                                                          adarcy@askounisdarcy.com

THE APRIL 7, 2011 CASE MANAGEMENT CONFERENCE IS VACATED.  PLAINTIFF SHALL FILE A MOTION FOR DEFAULT JUDGMENT BY APRIL 7, 2011.

5/4/11

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

CASE MANAGEMENT STATEMENT –
4:09-CV-1334-PJH
- 4 -