UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TMP DIRECTIONAL MARKETING, LLC,

    Plaintiff,

    v.

ALL MY SONS MOVING & STORAGE OF SACRAMENTO, INC. d/b/a AMS MOVING & STORAGE, INC., et al.,

    Defendants.
_____/

No. C 09-1334 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for entry of default judgment as to defendant AMS Sacramento.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: April 12, 2011

                                     _____
                                     PHYLLIS J. HAMILTON
                                     United States District Judge

cc: Sue, Assigned M/J