

**ASKOUNIS & DARCY** PC

ATTORNEYS AT LAW

April 26, 2011

**Via CM/ECF:**
Honorable Judge Joseph C. Spero
San Francisco Courthouse
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

RE: TMP Directional Marketing, LLC v. All My Sons Moving & Storage of Sacramento, Inc. d/b/a AMS Moving & Storage, Inc. and AMS Moving & Storage, Inc.
Case No.: 4:09-CV-1334-JCS
Our File No.:2358.20215

Dear Judge Spero:

I am writing this letter to request permission to appear telephonically at the hearing on TMP Directional Marketing, LLC's *Motion for Entry of Default Judgment,* scheduled to be heard on Friday June 24, 2011 at 9:30 a.m. I respectfully request to appear telephonically for this matter, as my office is located in Chicago, Illinois. I can be directly contacted at (312)784-2402.

Sincerely,

ASKOUNIS & DARCY, PC

Alex Darcy, Esq.

/DAD

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: June 16, 2011

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

401 NORTH MICHIGAN AVENUE   SUITE 550   CHICAGO, ILLINOIS 60611
(312) 784-2400 Telephone   (312) 784-2410 Facsimile   www.askounisdarcy.com